**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Heriberto LOPEZ–MATA,**
**Defendant–Appellant.**

**No. 13–11321**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Oct. 7, 2014.

James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Dallas, TX, Amanda R. Burch, Assistant U.S. Attorney, U.S. Attorney's Office, Lubbock, TX, for Plaintiff–Appellee.

Kevin Joel Page, Federal Public Defender's Office, Dallas, TX, Helen Miller Liggett, Esq., Assistant Federal Public Defender, Federal Public Defender's Office, Lubbock, TX, for Defendant–Appellant.

Before PRADO, OWEN, and GRAVES, Circuit Judges.

PER CURIAM: *

Heriberto Lopez–Mata appeals the 37–month sentence imposed following his conviction for illegal reentry. He contends that the district court erred in enhancing his sentence for a crime of violence under United States Sentencing Guidelines § 2L1.2(b)(1)(A)(ii) based on his Texas conviction for burglary under Texas Penal Code § 30.02(a). His challenge is foreclosed by our decision in *United States v. Conde–Castaneda*, 753 F.3d 172, 176–79 (5th Cir.2014).

The judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.